JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ, | Case No. CV 20-7418 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RATANA SANAKUL, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 28th day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge